IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

v.  Case No. RDB-24-363

NEIL DAUBACH and
JERMAINE STURGIS,

    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR THE GOVERNMENT

    The United States of America, by and through undersigned counsel, hereby files its Motion to Withdraw Assistant United States Attorney Sarah A. Marquardt and Trial Attorney Erin Monju as counsel of record and requests termination of electronic service in the above-captioned case. As grounds for this motion, the government states that Mses. Marquardt and Monju are resigning from the Department of Justice. The government further affirms that AUSA Mike Aubin and Trial Attorney Anita Channapati remain as counsel representing the government in this matter.

    Respectfully submitted May 27, 2025.

| | |
|---|---|
| Kelly O. Hayes<br>U.S. Attorney | Harmeet K. Dhillon<br>Assistant Attorney General<br>Civil Rights Division |
| s/ *Sarah Marquardt*<br>Sarah Marquardt (No. 17294)<br>Assistant United States Attorney<br>36 S. Charles Street, 4th Floor<br>Baltimore, Maryland 21201<br>(410) 209-4800<br>Sarah.marquardt@usdoj.gov | s/ *Erin Monju*<br>Erin Monju<br>Trial Attorney<br>U.S. Department of Justice<br>Criminal Section<br>Civil Rights Division<br>150 M Street NE<br>Washington, DC 20530<br>erin.monju@usdoj.gov<br>(202) 305-5601 |