IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Case No. 24-cr-363-MJM |
| **NEIL DAUBACH** | * | |

## MOTION TO AMEND JUDGMENT ORDER

Neil Daubach, by counsel, hereby moves to amend the judgment order such that the Court recommends placement at FPC Montgomery or FCI Jesup. As grounds therefore, the defense states the following:

1. At the time of Mr. Daubach's sentencing on October 16, 2025, defense counsel requested that the Court recommend placement at a Bureau of Prisons facility close to Maryland. Consistent with that request, the Court recommended "[t]hat the defendant be placed in a facility consistent with his security level that is as close as possible to Maryland." ECF No. 66 at 2.

2. Subsequent to Mr. Daubach's sentencing, counsel has conferred with Mr. Daubach, as well as a Bureau of Prisons' consultant about his possible designation level and Bureau of Prisons' placement options.

3. Due to these discussions, defenses requests that the Court's judgment order be amended such that Mr. Daubach is recommended to be placed at FPC Montgomery, in Alabama, or FCI Jesup, in Georgia (consistent with the security level assessed by the Bureau of Prisons).

4. The Government has no objection to this request.

5. Accordingly, the defense requests that the judgment order be amended such that the Court recommends that Mr. Daubach be designated to FPC

Montgomery or FCI Jesup, consistent with Mr. Daubach's designated security level.

                                  Respectfully submitted,

                                  JAMES WYDA
                                  Federal Public Defender for the
                                  District of Maryland

                                  _____/s/_____
                                  Anjali Biala
                                  Assistant Federal Public Defender
                                  100 South Charles Street
                                  Tower II, 9th Floor
                                  Baltimore, Maryland 21201
                                  Tel: (410) 962-3962
                                  Fax: (410) 962-0872
                                  Email: anjali_biala@fd.org