**USA**

**vs.**

**Jermaine Stugrgis**

**CRIMINAL NO. MJM 24-363-002   Trial Exhibits**

*ATTACHED IS AN ELECTRONIC COPY OF ALL EXHIBITS IDENTIFIED & ADMITTED*

United States District Court for the District of Maryland
Northern Division
Exhibits Log: MJM 24-363 USA v JERMAINE STURGIS
JURY TRIAL USA v JERMAINE STURGIS, 12/8/2025

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-2 | Layout of Housing Unit 4 (HU4) at ECI.pdf | Yes | 12/9/2025 11:15 AM | 12/9/2025 11:15 AM |
| Gov-3-A | Photograph of KK injury.pdf | Yes | 12/9/2025 11:15 AM | 12/9/2025 11:15 AM |
| Gov-3-B | Photograph of KK injury.pdf | Yes | 12/9/2025 11:15 AM | 12/9/2025 11:15 AM |
| Gov-3-C | Photograph of KK injury.pdf | Yes | 12/9/2025 11:15 AM | 12/9/2025 11:15 AM |
| Gov-4-A | Surveillance footage in HU4 at 16 47 30.mp4 | Yes | 12/9/2025 11:15 AM | 12/9/2025 11:15 AM |
| Gov-4-B | Surveillance footage in HU4 at 16 49 03.mp4 | Yes | 12/9/2025 11:15 AM | 12/9/2025 11:15 AM |
| Gov-4-C | Surveillance footage in HU4 at 16 49 07.mp4 | Yes | 12/9/2025 11:15 AM | 12/9/2025 11:15 AM |
| Gov-4-D | Surveillance footage in HU4 at 16 49 35.mp4 | Yes | 12/9/2025 11:15 AM | 12/9/2025 11:15 AM |
| Gov-4-E | Surveillance footage in HU4 at 17 01 01.mp4 | Yes | 12/9/2025 11:15 AM | 12/9/2025 11:15 AM |
| Gov-4-F | Surveillance footage in HU4 at 17 01 06.mp4 | Yes | 12/9/2025 11:15 AM | 12/9/2025 11:15 AM |
| Gov-4-G | Surveillance footage in HU4 at 17 01 15.mp4 | Yes | 12/9/2025 11:15 AM | 12/9/2025 11:15 AM |
| Gov-9 | Transcript of Jermaine Sturgis Interview on 12 7 2021 (ID Only).pdf | No | 12/9/2025 1:11 PM | |
| Gov-10 | Victoria Matthews forwarding Jermaine Sturgis's email of KK injuries.pdf | Yes | 12/9/2025 4:04 PM | 12/9/2025 4:04 PM |
| Gov-11-B | Policy Manual Standard of Conduct and Internal Administrative Process.pdf | Yes | 12/10/2025 12:24 PM | 12/10/2025 12:24 PM |
| Gov-11-E | Policy Manual Use of Force.pdf | Yes | 12/9/2025 11:15 AM | 12/9/2025 11:15 AM |
| Gov-15-A | Meta (Facebook) Records.pdf | Yes | 12/10/2025 3:12 PM | 12/10/2025 3:12 PM |
| Gov-15-B | Meta (Facebook) Records.pdf | Yes | 12/10/2025 3:16 PM | 12/10/2025 3:16 PM |
| Gov-15-C | Meta (Facebook) Records.pdf | Yes | 12/10/2025 3:16 PM | 12/10/2025 3:16 PM |
| Gov-16-B | Pages 36 through 54 of David Marquette Report.pdf | Yes | 12/9/2025 1:04 PM | 12/9/2025 1:04 PM |
| Gov-16-C | Pages 78 through 87 of David Marquette Report.pdf | Yes | 12/9/2025 1:04 PM | 12/9/2025 1:04 PM |
| Gov-18 | FBI 302 Jermaine Sturgis on 9 6 2022 (ID Only).pdf | No | 12/11/2025 11:49 AM | |
| Gov-25 | FBI 302 Jermaine Sturgis on 12 18 2024 (ID Only).pdf | No | 12/11/2025 12:22 PM | |
| Gov-27 | Recorded Interview of Jermaine Sturgis on 12 7 2021.mp3 | Yes | 12/9/2025 1:11 PM | 12/9/2025 1:11 PM |
| Gov-28-B | Jermaine Sturgis and Ananias Wilson Text Messages.pdf | Yes | 12/9/2025 4:36 PM | 12/9/2025 4:36 PM |
| Gov-28-C | Jermaine Sturgis and Daric Evans Text Messages.pdf | Yes | 12/10/2025 11:43 AM | 12/10/2025 11:43 AM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-29-A | Screenshot from Video KK Face Injury.pdf | Yes | 12/9/2025 11:15 AM | 12/9/2025 11:15 AM |
| Gov-29-B | Screenshot from Video KK in Boxers.pdf | Yes | 12/9/2025 11:15 AM | 12/9/2025 11:15 AM |
| Gov-29-C | Screenshot from Video David Quillen with Camera in hand.pdf | Yes | 12/9/2025 11:15 AM | 12/9/2025 11:15 AM |
| Gov-30-A | Use of Force Report for Ananias Wilson.pdf | Yes | 12/9/2025 11:15 AM | 12/9/2025 11:15 AM |
| Gov-30-B | Use of Force Report for Samuel Warren.pdf | Yes | 12/9/2025 11:15 AM | 12/9/2025 11:15 AM |
| Gov-30-C | Use of Force Report for Christian Senyasu.pdf | Yes | 12/9/2025 11:15 AM | 12/9/2025 11:15 AM |
| Gov-30-D | Use of Force Report for Daric Evans.pdf | Yes | 12/9/2025 11:15 AM | 12/9/2025 11:15 AM |
| Gov-30-E | Use of Force Report for David Quillen.pdf | Yes | 12/9/2025 11:15 AM | 12/9/2025 11:15 AM |
| Gov-30-F | Use of Force Report for John Paro.pdf | Yes | 12/9/2025 11:15 AM | 12/9/2025 11:15 AM |
| Gov-30-G | Use of Force Report for Neil Daubach.pdf | Yes | 12/9/2025 11:15 AM | 12/9/2025 11:15 AM |
| Gov-32 | Photograph of Property Room.pdf | Yes | 12/9/2025 11:15 AM | 12/9/2025 11:15 AM |
| Gov-33 | Jermaine Sturgis emailing Samuel Warren KK injuries.pdf | Yes | 12/9/2025 2:48 PM | 12/9/2025 2:48 PM |
| Gov-34 | Draft Use of Force Report for Samuel Warren.pdf | Yes | 12/9/2025 2:24 PM | 12/9/2025 2:24 PM |
| Def-57 | FD302 100523.pdf | No | 12/10/2025 10:40 AM | |
| Def-84 | FD302 111523.pdf | No | 12/10/2025 3:28 PM | |